1  GOLDSMITH & HULL/File #C9919155
   A Professional Corporation
2  William I. Goldsmith  (SBN 82183)
   Jack D. Hull          (SBN 91879)
3  Michael L. Goldsmith (SBN 291700)
   16933 Parthenia Street, Suite 110
4  Northridge, CA 91343
   Tel.: (818) 990-6600
5  Fax: (818) 990-6140
   **govdept1@goldsmithcalaw.com**
6
   Attorneys For Plaintiff
7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) CASE NO. 2:15-7584
                                      )
12 |         Plaintiff,                )
                                      ) REQUEST FOR ENTRY OF DEFAULT
13 | v.                                ) JUDGMENT; DECLARATION OF
                                      ) MICHAEL L. GOLDSMITH IN
14 | MARY A. WARREN aka MARY          ) SUPPORT THEREOF
   | WARREN                           )
15 |                                   )
   |         Defendant,                )
16 |_____    )

17     The Clerk of the Court entered default against Defendant(s) MARY A.
18 WARREN aka MARY WARREN, and each of them, on **MARCH 11,2016** for failure
19 to respond and appear.  This is an action for a sum certain, or a sum which can by
20 computation be made certain.  Therefore, Plaintiff requests that default judgment in the
21 above-entitled be entered by Clerk of this Court, pursuant to F.R.Civ. 55(b).  This
22 request is based on the facts set forth in the Declaration of Michael L. Goldsmith
23 attached hereto, the Certificate Of Indebtedness also attached hereto, all pleading and
24 exhibits previously filed in this action and the documents on file herein.
25 DATED: March 14, 2016                        GOLDSMITH & HULL, A.P.C.
26
                                                       /S/
27                                              Michael L. Goldsmith
                                                 Attorneys for Plaintiff
28

# **DECLARATION OF MICHAEL L. GOLDSMITH**

I, Michael L. Goldsmith, declare:

1. I am an attorney at law duly licensed to practice before all California Courts and this Court. I am an associate in the Firm of Goldsmith & Hull, A.P.C. attorneys for plaintiff, the United States of America. If called as a witness I could and would competently and truthfully testify thereto.

2. I am an attorney of record for Plaintiff in this action. As such attorney I have access to, and I have reviewed, the files and records in this case, which are kept by Goldsmith & Hull, A P.C. in the regular course of its business. Based thereon, I am able to state as follow:

3. This is an action on a promissory note and an action for a sum certain, or a sum which can by computation be made certain.

4. Each Defendant herein has been duly served with the Summons and Complaint, but has failed to appear, answer, plead, or otherwise defend in said action within time allowed by law, or at all. No defendant is a minor or incompetent person, or in the military service of the United States.

5. There is now due, owing and unpaid to plaintiff the principal amount of $2,751.84, $7,237.65 accrued interest to March 14, 2016, penalties/administrative charges for in the amount of $0.00, cost of $468.00 and attorney fees in the amount of $475.18, less credits of $0.00 Interest continues at the rate of 9% per annum accruing at $0.68 per day to date of entry of judgment. In this action attorney fees are computed pursuant to the default schedule of attorney fees contained in this court's Local Rules.

//
//
//
//
//
//

6. True and correct copies of documents substantiating this debt are attached hereto collectively as Exhibit "1".

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct and that this Declaration was executed on March 14, 2016, at Northridge, California.

                                                                                   /S/
                                              Michael L. Goldsmith
                                              Declarant

## PROOF OF SERVICE

### STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action, my business address is 16933 Parthenia Street, Suite 110, Northridge, CA 91343.

On the date set forth below I served the foregoing documents described as REQUEST FOR ENTRY OF DEFAULT JUDGMENT; DECLARATION OF William I. Goldsmith IN SUPPORT OF ENTRY OF DEFAULT JUDGMENT, DEFAULT JUDGMENT and BILL OF COST on the interested parties in this action, by placing a true copy (ies) thereof enclosed in a sealed envelope addressed as follows:

MARY A. WARREN aka MARY WARREN, et al.
PERSONAL & CONFIDENTIAL
*************
Long Beach CA *****

[X] BY MAIL, I deposited such envelope, postage thereon fully prepaid, in the United States Mail at Northridge, California.

[X] As follows: I am "readily familiar" with the firm's practice of collections and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Northridge, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

[X] FEDERAL, I declare that I am employed in the office of a member of the bar of this Court at whose direction this service was made.

Executed on  March 14, 2016 , at NORTHRIDGE, CALIFORNIA

                                          /S/ Sonia Molina
                                          Sonia Molina